# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| 1-2-3-4-5, Inc., et al., | Case No. 2:14-cv-00841-GMN-CWH |
| Plaintiffs, | **ORDER** |
| vs. | |
| CITY OF LAS VEGAS, et al., | |
| Defendants. | |

This matter is before the Court on Non-Party MNSNV LLC d/b/a ABC STORES' ("ABC Stores") Motion to Intervene (#20), filed June 11, 2014.

ABC Stores seeks to intervene in this matter pursuant to Fed. R. Civ. P. 24. Shortly after the motion to intervene was filed, all parties, including the movant, entered into a stipulation permitting ABC Stores to intervene pursuant to Rule 24(a)(2). (#26). After review of motion and record, the undersigned agrees that intervention is appropriate. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff MNSNV LLC d/b/a ABC STORES' Motion to Intervene (#20) is **granted**.

DATED: June 20, 2014.

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**